# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) Case No. 2:22-mj-00341 |
| | ) |
| **KALEB DILLARD,** | ) |

## NOTICE OF APPEARANCE

**TO:** CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
ROOM 140, HUGO L. BLACK U. S. COURTHOUSE
1729 FIFTH AVENUE NORTH
BIRMINGHAM, ALABAMA  35203

Please enter my appearance as counsel for the defendant**, Kaleb Dillard,** in the above styled case.

Dated:     August 23, 2022

On:     August 23, 2022

_____ Court Appointed

\_\_\_\_\_X_____ Retained

  Randy A. Dempsey_____
Name of Trial Counsel

  Dempsey, Steed, Stewart, Ritchey & Gaché, LLP\_\_
Firm Name

  1122 22nd Street North_____
Address

 Birmingham, Alabama  35234_____
City, State & Zip

 205-328-0162_____ 205-328-0172_____
Telephone  No.                    Fax No.