**FILED**

2022 Aug-23  PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-mj-341-NAD |
| | ) | |
| Kaleb Dillard | ) | Charging District's Case No. |
| *Defendant* | ) | 1:22-mj-189 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*

District of Columbia                                                          .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☑    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

*RD*
*KD*

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/23/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Randy A. Dempsey
*Printed name of defendant's attorney*